UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 10-23(3)-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RANDALENE LAY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The defendant having waived her right to allocute and to further hearings in this matter, R. 129, it is **ORDERED** that the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Hanly Ingram's report and recommendation, R. 128.

This the 1st day of April, 2011.

Signed By:
*Amul R. Thapar* AT
United States District Judge